

# Fourth Court of Appeals
## San Antonio, Texas

December 4, 2018

No. 04-18-00844-CV

**TITLE SOURCE, INC.,**
Appellant

v.

**HOUSECANARY INC.,**
Appellee

From the 73rd Judicial District Court, Bexar County, Texas
Trial Court No. 2016CI06300
Honorable David A. Canales, Judge Presiding

# O R D E R

The clerk's record was originally due November 19, 2018. On November 20, 2018, the district clerk filed a notification of late record, stating appellant is not entitled to the appeal without paying the fee and appellant has failed to pay the fee for preparing the record. Thereafter, on November 21, 2017, appellant filed a "Motion for Leave to Consolidate Record and To Supplement Clerk's Record." In its motion, appellant requests we consolidate the clerk's record filed in cause number 04-18-00509-CV into this current appeal, cause number 04-18-00844-CV. Appellant further states it will request a supplemental clerk's record for relevant documents not filed in cause number 04-18-00509-CV. The motion is unopposed.

Based on the foregoing, we **GRANT** the motion and **ORDER** the clerk of this court to electronically transfer a copy of the clerk's record in cause number 04-18-00509-CV into this appeal, cause number 04-18-00844-CV. The transferred portion of the record is **ORDERED** included in the record in appeal number 04–18–00844–CV as though the original had been filed therein.

We further **ORDER** appellant to provide written proof to this court **on or before December 14, 2018,** that either (1) the clerk's fee for the supplemental clerk's record has been paid or arrangements have been made to pay the clerk's fee; or (2) appellant is entitled to appeal without paying the clerk's fee. If appellant fails to respond within the time provided, this appeal will be dismissed for want of prosecution. *See* TEX. R. APP. P. 37.3(b).

We further **ORDER** the clerk of this court to serve a copy of this order on all counsel and the district clerk.

_Marialyn Barnard_

Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 4th day of December, 2018.



KEITH E. HOTTLE,
Clerk of Court